AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  95-cr-00010-PAB-01 |
| MIKE KING | ) | USM No:  25803-013 |
| | ) | Raymond P. Moore, FPD |
| Date of Previous Judgment:  May 29, 2008 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   **X** the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   235   months **is reduced to**   time served   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Offense Level:   35 | Amended Offense Level:   33 | |
| Criminal History Category:   IV | Criminal History Category:   IV | |
| Previous Guideline Range:   235  to  293   months | Amended Guideline Range:   188  to  235  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

## III.  ADDITIONAL COMMENTS
Should the defendant not have a stable residence upon his release from custody, the defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 120 days as directed by his probation officer, and shall observe the rules of that facility.

Except as provided above, all provisions of the judgment dated   January 23, 1996   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   *10-24-2011*

*Judge's signature*

Effective Date:  November 1, 2011
*(if different from order date)*

*Philip A. Brimmer, U.S. District Judge*
*Printed name and title*